# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TED SPRAGUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYNGENTA CROP PROTECTION, LLC, )<br>SYNGENTA AG, and SYNGENTA )<br>CORPORATION, )<br>)<br>Defendants. ) | Case No. 3:10-cv-426-JPG-PMF |

## JUDGMENT

This matter having come before the Court, and the plaintiff having dismissed his claims with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Ted Sprague's claims in this case against defendant Syngenta Crop Protection, LLC, are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Ted Sprague's claims in this case against defendant Syngenta AG and Syngenta Corporation are dismissed with prejudice for lack of personal jurisdiction.

**DATED:** May 31, 2011            NANCY J. ROSENSTENGEL, **Clerk of Court**

                                                  s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**